IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BURT XAVIER,

    Plaintiff,

v.

PHILIP MORRIS USA INC.,

    Defendant.
_____/

No. C-10-02067 WHA (EDL)

**ORDER VACATING SETTLEMENT CONFERENCE**

On November 1, 2010, Defendant's counsel requested that the settlement conference currently scheduled for March 16, 2011 be taken off calendar in light of the class certification motion briefing schedule. Good cause appearing, the settlement conference date is vacated. No later than ten days after Judge Alsup issues his ruling on class certification, the parties shall file a joint letter informing the Court of his decision. Thereafter, the Court will schedule separate telephone conferences with the parties to discuss settlement proceedings.

**IT IS SO ORDERED.**

Dated: November 4, 2010

                                      ELIZABETH D. LAPORTE
                                      United States Magistrate Judge