1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BURT XAVIER and JAMES FRANKLIN, Individually, and on Behalf of Themselves and All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>PHILIP MORRIS USA, INC., a Virginia corporation.<br><br>  Defendant. | Case No. 3:10-cv-02067 WHA<br><br>**STIPULATION REGARDING DEADLINE FOR EXCHANGE OF PARTIES' CLASS CERTIFICATION EXPERT DISCLOSURES; [PROPOSED] ORDER** |

Pursuant to Local Rule 6-2, Plaintiffs Burt Xavier and James Franklin ("Plaintiffs") and Defendant Philip Morris USA Inc. ("Defendant"), through their undersigned counsel of record, hereby agree and stipulate as follows:

1. The deadline for parties to disclose expert declarations or reports related to class certification is continued from November 30, 2010 to <u>December 15, 2010</u>.  Due to the upcoming Thanksgiving holiday, counsel for defendant is requesting more time to coordinate with experts in preparing their disclosures.

2. Submissions regarding time modifications filed in this matter include (1) a stipulation regarding Defendant's time to the respond to the complaint, filed on June 23, 2010; and (2) a stipulation regarding the hearing date on Defendant's motion to dismiss, filed on September 16, 2010.

3. No other stipulations regarding expert disclosures have been submitted to the Court.  Further, this request to continue the deadline for submitting expert disclosures will not affect any other deadlines set by the Court, including the briefing on plaintiffs' motion for class certification.

STIPULATED TO BY:

Dated: November 24, 2010            WATERS & KRAUS, LLP

                                    By:___/s/ Jennifer McIntosh__
                                         JENNIFER MCINTOSH

                                    Attorneys for Plaintiffs

Dated: November 24, 2010            SHOOK, HARDY & BACON L.L.P.

                                    By:__/s/ Tammy B. Webb___
                                         TAMMY B. WEBB

                                    Attorneys for Defendant Philip Morris USA Inc.

STIPULATION
Case No. 3:10-cv-02067 WHA

197213 v1

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

This adjustment will not be grounds to change any other dates set in the Case Management Order.

Dated: November 29, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE