IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BURT XAVIER and JAMES FRANKLIN, individually and on behalf of themselves and all others similarly situated,

    Plaintiffs,

  v.

PHILIP MORRIS USA INC., a Virginia corporation,

    Defendant.

No. C 10-02067 WHA

**ORDER SETTING HEARING RE DEFENDANT'S DISCOVERY DISPUTE**

    The parties shall meet and confer in the Court's jury room starting **FROM 8:00 A.M. AND ENDING AT 11:00 A.M. ON FRIDAY, FEBRUARY 18, 2011**. At 11:00 a.m., the Court shall hear any remaining unresolved issue(s). Plaintiffs' response is due by noon on February 17.

    Please note that only those lawyers who participate in the meet-and-confer in the Court's jury room on February 18 may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: February 14, 2011.

                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE