1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BURT XAVIER and JAMES FRANKLIN, Individually, and on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PHILIP MORRIS USA INC., a Virginia corporation,<br><br>Defendant. | Case No. 3:10-cv-02067 WHA<br><br>**DEFENDANT PHILIP MORRIS USA INC.'S REQUEST TO BRING INTO THE FEDERAL COURTHOUSE ELECTRONIC EQUIPMENT FOR THE MARCH 31, 2011 HEARING AND [PROPOSED] ORDER**<br><br>Date: March 31, 2011<br>Time: 8:00 a.m.<br>Dept.: Courtroom 9, 19th Floor<br>Judge: The Hon. William Alsup |

Defendant Philip Morris USA Inc. hereby requests permission to bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California and set up in the courtroom of the Honorable William Alsup certain electronic equipment for use at the March 31, 2011 hearings regarding Plaintiff's Motion for Class Certification, Defendant's Motion for Summary Judgment, and Defendant's Motion for Judgment on the Pleadings. The equipment will include: a laptop, a projector, a projection screen, and miscellaneous cables and power cords.

Date:   March 25, 2011

Respectfully submitted,
SHOOK, HARDY AND BACON, L.L.P.


____/s/ Tammy B. Webb_____
Tammy B. Webb


Attorneys for Defendant
PHILIP MORRIS USA INC.

**PROPOSED ORDER**

The Court, having considered Defendant's request to bring the above-listed electronic equipment into the courtroom, hereby grants that request. The equipment may be brought in and set up between ~~___p.m. and ___ p.m. on March 30, 2011.~~ 7:30 a.m. and 8:00 a.m. on March 31, 2011.*

IT IS SO ORDERED.

Dated:   _March 28, 2011._____

_____
The Honorable William Alsup
United States District Judge

*The equipment must be set up in a manner that will not interfere with the other hearings. The parties should be aware that time for the hearings will be limited.