Levy Phillips & Konigsberg, LLP
Steven J. Phillips (Admitted *Pro Hac Vice*)
sphillips@lpklaw.com
Victoria E. Phillips (Admitted *Pro Hac Vice*)
vphillips@lpklaw.com
800 Third Avenue, 13th Floor
New York, New York 10022
Telephone: 212-605-6200
Facsimile: 212-605-6290

Waters Kraus & Paul
David Bricker (158896)
dbricker@waterkraus.com
222 N. Sepulveda Blvd., Suite 1900
El Segundo, CA 90245
Telephone: 310-414-8146
Facsimile: 310-414-8156

Waters Kraus & Paul
Charles S. Siegel (Admitted *Pro Hac Vice*)
csiegel@waterskraus.com
3219 McKinney Avenue
Dallas, TX 75204
Telephone: 214-357-6244
Facsimile: 214-357-7252

Waters Kraus & Paul
Jennifer McIntosh (264903)
jmcintosh@waterskraus.com
Laurel Halbany (226549)
lhalbany@waterskraus.com
711 Van Ness Avenue, Suite 220
San Francisco, CA 94104
Telephone: 415-296-6060
Facsimile: 214-777-0470

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BURT XAVIER and JAMES FRANKLIN, Individually and on Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

PHILIP MORRIS USA INC.,

Defendant.

Case No. 3:10-cv-02067 WHA

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PRJEUDICE**

Pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and through their counsel of record, hereby stipulate and agree to the voluntary dismissal of this entire action and all of plaintiff Burt Xavier and James Franklin's claims against Defendant Philip Morris USA Inc., in the above-referenced case with prejudice. Each party to bear its own attorneys' fees and costs.

Date: July 1, 2011

Respectfully submitted,

LEVY PHILLIPS & KONIGSBERG, LLP

Steven J. Phillips (Admitted Pro Hac Vice)
Victoria E. Phillips (Admitted Pro Hac Vice)
LEVY PHILLIPS & KONIGSBERG, LLP
800 Third Ave., 13th Floor
Telephone: (212) 605-6200
Facsimile: (212) 605-6290

*Attorneys Plaintiffs*
*Burt Xavier and James Franklin*

SHOOK, HARDY AND BACON, L.L.P.

Tammy B. Webb

Tammy B. Webb
SHOOK, HARDY & BACON L.L.P.
One Montgomery Suite 2700
San Francisco, California 94104-4505
Telephone: (415) 544-1900
Facsimile: (415) 391-0281

*-and-*

Gary R. Long (admitted *pro hac vice*)
John K. Sherk (admitted *pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

*-and-*

Gregory P. Stone
MUNGER, TOLLES & OLSON L.L.P.
355 South Grand Ave.
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant*
*Philip Morris USA Inc.*